UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| IRIS S. BROWN | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| | ) | No. 7:20-CV-17-FL |
| MICHAEL DITTA, NC DEPARTMENT | ) | |
| OF PUBLIC SAFETY, and NEW | ) | |
| HANOVER CORRECTIONAL CENTER | ) | |
|     Defendants. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge on review of plaintiff's status regarding filing of amended pleadings.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered July 16, 2020, and for the reasons set forth more specifically therein, that this case is dismissed for plaintiff's failure to amend her complaint.

**This Judgment Filed and Entered on August 24, 2020, and Copies To:**
Iris S. Brown (Via US Mail)    3888 Mt. Misery Road NE, Leland, NC 28451

August 24, 2020    PETER A. MOORE, JR., CLERK

    /s/ Sandra K. Collins
    (By) Sandra K. Collins, Deputy Clerk